UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| RIGOBERTO ESCOBAR SALGADO,<br>Petitioner,<br>v.<br>WARDEN OF ADELANTO ICE PROCESSING CENTER, et al.,<br>Respondents. | No. 5:26-cv-05441-JDE<br><br>JUDGMENT |

Pursuant to the Order Regarding Petition,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Petition is denied and the action dismissed with prejudice as to Petitioner's challenges to his initial arrest and without prejudice as to Petitioner's challenge to the July 27, 2026 bond decision.

Dated: October 15, 2026

JOHN D. EARLY
United States Magistrate Judge